No. 85–140.   BOWERS, ATTORNEY GENERAL OF GEORGIA *v.* HARDWICK ET AL., *ante*, p. 186.   Petition for rehearing denied.

SEPTEMBER 15, 1986

No. 85–2122.   HOPE ET AL. *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 1245 ET AL.   C. A. 9th Cir.   Certiorari dismissed under this Court's Rule 53.

SEPTEMBER 16, 1986

No. A–205.   RILES *v.* MCCOTTER, DIRECTOR, TEXAS DEPART-MENT OF CORRECTIONS.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay in order to give the applicant time to file a petition for writ of certiorari, and would grant the petition and vacate the death sentence in this case.

No. A–213.   MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* RILES.   Application of the Attorney General of Texas for an order to vacate the stay of execution of sentence of death entered by the United States District Court for the Southern District of Texas, presented to JUSTICE WHITE, and by him referred to the Court, denied.